UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VANDYKE JOHNSON, :

                Plaintiff, :

   -against- :

NYU PUBLIC SAFETY RORY DEEGAN, :
*ET AL.*,
                :
                Defendants.
------------------------------------------------------------x

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 6/23/08 |

08 Civ. 5277 (SHS) (RLE)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

     The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**XX**   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____   Specific Non-Dispositive Motion/Dispute*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____   Settlement*

____   Inquest After Default/Damages Hearing

____   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____   Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

____   Habeas Corpus

____   Social Security

____   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ____

Dated: New York, New York
       June 23, 2008

SO ORDERED:

Sidney H. Stein, U.S. District Judge

* Do not check if already referred for general pretrial.